United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2895

_____

Darwin E. Conley,             *

                   *

        Appellant,        *

                   *

       v.                *    Appeal from the United States

                   *    District Court for the

Walter Richter; Billy Hinch; Steve    *    Western District of Missouri.

Long; Michael Groose; David Dormire;   *       [UNPUBLISHED]

Lawrence Dixon; Robert Malone;     *

Harriett Swinger; David Dobson;     *

George Grellner; D. Spencer,      *

Lieutenant; D. Edwards; Holtmeyer,   *

Lieutenant,               *

                   *

       Appellees.        *

_____

Submitted: March 18, 1998

Filed: March 23, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
     Judges.

_____

PER CURIAM.

Missouri inmate Darwin Conley appeals the district court's[1] grant of summary judgment in favor of defendant prison officials in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion would lack precedential value. We deny Conley's motion for appointment of counsel.

The judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.